IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEIL CORROW, | ) | No. C 06-0107 MMC (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| CORNELL COMMUNITY CORRECTIONS, | ) | (Docket No. 3) |
| Respondent. | ) | |

Petitioner, a federal prisoner proceeding pro se, file the above-titled habeas action on January 10, 2006. That same date, the Court notified petitioner in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. In said notice, petitioner was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, including a trust account statement showing transactions for the preceding six months and a certificate of funds form signed by an institution official, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Petitioner has submitted an IFP application, but not the trust account statement or certificate of funds, contrary to the Court's instructions.

As more than thirty days have passed since the deficiency notice and petitioner has not completed the IFP application or paid the filing fee, the above-titled action is hereby

1  DISMISSED without prejudice.  The incomplete application to proceed in forma pauperis
2  is hereby DENIED.
3      This order terminates Docket No. 3.
4      The Clerk shall close the file.
5      IT IS SO ORDERED.
6  DATED: May 10, 2006

   MAXINE M. CHESNEY
   United States District Judge